Same case below, 424 Fed. Appx. 238.

**No. 10-10834. Billy Jett Brown, Petitioner v. Texas.**

565 U.S. 852, 132 S. Ct. 178, 181 L. Ed. 2d 89, 2011 U.S. LEXIS 6547.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Fifth District, denied.

**No. 10-10835. Heriberto Alvarez, Petitioner v. United States.**

565 U.S. 852, 132 S. Ct. 178, 181 L. Ed. 2d 89, 2011 U.S. LEXIS 6075.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-10836. Timothy Bell, Petitioner v. Thomas V. Gainer, et al.**

565 U.S. 852, 132 S. Ct. 178, 181 L. Ed. 2d 89, 2011 U.S. LEXIS 6014.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-10837. Alfred Brooks, Petitioner v. United States.**

565 U.S. 852, 132 S. Ct. 179, 181 L. Ed. 2d 89, 2011 U.S. LEXIS 5996.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 419 Fed. Appx. 476.

**No. 10-10840. Mark Coroado Reed, Petitioner v. United States.**

565 U.S. 852, 132 S. Ct. 179, 181 L. Ed. 2d 89, 2011 U.S. LEXIS 6088.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 421 Fed. Appx. 712.

**No. 10-10841. Bobby Dale Walker, Petitioner v. United States.**

565 U.S. 852, 132 S. Ct. 179, 181 L. Ed. 2d 89, 2011 U.S. LEXIS 6164.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 411 Fed. Appx. 947.

**No. 10-10844. Thomas Gribovszki, Petitioner v. Stanford University.**

565 U.S. 852, 132 S. Ct. 179, 181 L. Ed. 2d 89, 2011 U.S. LEXIS 6332.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, Sixth Appellate District, denied.